# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIAM D. LAUGA

NO. 2020 KW 1067

**JANUARY 14, 2021**

---

In Re:   William D. Lauga, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 476106.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

   **WRIT DENIED.**

                         JMM
                         GH
                         AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT